UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN ROCK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | Case No.: 1:12-cv-01019-TWP-DKL |

**SECOND DECLARATION OF STEVE W. BERMAN
IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF
MOTION FOR CLASS CERTIFICATION AND
<u>APPENDIX OF EXHIBITS</u>**

I, Steve W. Berman, declare as follows:

1. I am the Managing Partner and founder of Hagens Berman Sobol Shapiro LLP, Lead Counsel for Plaintiff in the above captioned case. I am primarily responsible for prosecuting this matter. I have full knowledge of the matters stated herein and could and would testify hereto.

2. Confidential documents are provisionally filed under seal as attachments beginning at Exhibit 61 and ending at Exhibit 65. Non-confidential documents are filed under seal as attachments beginning at Exhibit 228 and ending at Exhibit 249. Confidential Exhibits 1-

- 1 -

60 and non-confidential Exhibits 201-227 were previously filed with the Declaration of Steve W. Berman in Support of Plaintiff's Motion for Class Certification and Appendix of Exhibits. *See generally* Filing No. 105.

3. Attached are true and correct copies of the following documents that have been designated as "confidential" under the terms of the protective order entered in this case and are filed under seal:

| Exhibit No. | Bates Label | Brief Description |
|---|---|---|
| 61 | NCAAROCK00400125-28 | Report of the NCAA Division I Legislative Council, Subcommittee for Legislative Relief |
| 62 | NCAAROCK00413915-23 | NCAA Division I Legislative Council Subcommittee for Legislative Relief, Information Standards, Guidelines and Directives |
| 63 | NCAAROCK00105293-302 | Timeline – Division I Financial Aid Maximum Awards |
| 64 | NCAAROCK00046658-63 | Memorandum – Maximum Grant-In-Aid Limitations by Sport |
| 65 | N/A | Deposition of Lauren Stiroh |

4. Attached are true and correct copies of the following non-confidential documents:

| Exhibit No. | Bates Label | Brief Description |
|---|---|---|
| 228 | N/A | Declaration of Edward C. Driscoll, Jr. |
| 229 | N/A | Declaration of Gary Gray in Support of the NCAA's Opposition to Plaintiffs' Second Motion for Class Certification |
| 230 | N/A | Declaration of Don James |
| 231 | N/A | Declaration of Sonny Lubick |
| 232 | N/A | Declaration of Randy Ross in Support of the NCAA's Opposition to Plaintiffs' Second Motion for Class Certification |
| 233 | N/A | Declaration of Craig Angelos |

| Exhibit No. | Bates Label | Brief Description |
| --- | --- | --- |
| 234 | N/A | Declaration of Morgan Burke in Support of the NCAA's Opposition to Plaintiffs' Motion for Class Certification |
| 235 | N/A | Declaration of Mark Murphy |
| 236 | N/A | Declaration of Professor Janusz A. Ordover in Support of the NCAA's Opposition to Plaintiffs' Motion for Class Certification |
| 237 | N/A | Declaration of Ryan Wilhite |
| 238 | ROCK000479-481 | Letter dated Nov. 4, 2011, from John Rock to Brent Pease (Boise State) |
| 239 | ROCK00106 | Gardner-Web University Player Profiles |
| 240 | ROCK00102-104 | 2008-09 Presidential Honor Roll |
| 241 | ROCK00119 | Steve Patton Recommendation Letter re John Rock |
| 242 | GWU-000006-8 | Email from Ben Leslie re John Rock |
| 243 | ROCK00162-65 | Gardner-Webb News and Events "Rock on the Hill" |
| 244 | ROCK00256 | John Rock Scholarship Non-Renewal Notice Letter dated June 20, 2011 |
| 245 | GWU-00002-4 | Email from Michael Kuchinsky re John Rock |
| 246 | N/A | Expert Declaration of Michael Felder |
| 247 | N/A | Rebuttal Report of David Lewin, Ph.D. |
| 248 | N/A | Declaration of George Rush |
| 249 | N/A | Letter from the Department of Justice in *U.S. v. Am. Co., et al.* |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 22, 2016

By: /s/ *Steve W. Berman*
Steve W. Berman

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on January 22, 2016, a true and correct copy of the foregoing document was filed via CM/ECF. An unredacted copy, together with the confidential exhibits, has been filed under seal and copies thereof sent to counsel of record.

By: /s/ *Steve W. Berman*
       Steve W. Berman

010209-12 845347 V1